# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

DALTON HASTEY,
*derivatively on behalf of*
*YRC Worldwide, Inc*.,

          **Plaintiff,**

v.                                                          Case No. 19-2266-DDC-KGG

JAMES L. WELCH,
JAMIE G. PIERSON,
STEPHANIE D. FISHER,
RAYMOND J. BROMARK,
DOUGLAS A. CARTY,
WILLIAM R. DAVIDSON,
MATTHEW A. DOHENY,
ROBERT L. FRIEDMAN,
JAMES E. HOFFMAN,
MICHAEL J. KNEELAND,
PATRICIA M. NAZEMETZ,
JAMES F. WINESTOCK,
YRC WORLDWIDE, INC.,
DARREN D. HAWKINS,
AMEESH BHANDARI,
SHAWN MILLER,
JEREMY BALDWIN,

          **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**The court dismisses plaintiff's federal Section 14(a) claim under Fed. R. Civ. P. 12(b)(6) because it fails to state a plausible claim for relief.  The court declines to exercise supplemental jurisdiction over plaintiff's state law claims and thus dismisses the state law claims without prejudice consistent with the Memorandum and Order (Doc. 75) filed on March 30, 2020.**

|  |  |
|---|---|
| 03/30/2020 | TIMOTHY M. O'BRIEN |
| Date | CLERK OF THE DISTRICT COURT |
|  | by: s/ Megan Garrett |
|  | Deputy Clerk |